U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

NOV 17 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

TIMOTHY GUIDRY                                        CIVIL ACTION NO. 6:14-cv-2391
     LA. DOC #321539
VS.                                                                  SECTION P

                                      JUDGE RICHARD T. HAIK, SR.

WARDEN BURL CAIN                                   MAGISTRATE JUDGE C. MICHAEL HILL

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, and after an independent review of the record including the objections

filed by petitioner, and having determined that the findings and recommendation are correct

under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be deemed **SUCCESSIVE** and

**DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this /4th day

of November, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE